**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RU YAN ZHANG,** | : | **CIVIL NO. 1:16-CV-1664** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **MARY SABOL, WARDEN,** | : | |
| | : | |
| **Respondent** | : | |

## <u>ORDER</u>

AND NOW, this 16th day of December, 2016, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner, Ru Yan Zhang, challenges the constitutionality of her prolonged detention by United States Immigration and Customs Enforcement, and this court, in an effort to ascertain the custodial status of petitioner, accessed the U.S Immigration and Customs Enforcement Online Detainee Locator System, which

revealed that petitioner is no longer in the custody of that agency[1], which renders

the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237

F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal

courts the power to adjudicate only actual, ongoing cases or controversies.");

Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If

developments occur during the course of adjudication that eliminate a plaintiff's

personal stake in the outcome of a suit or prevent a court from being able to grant

the requested relief, the case must be dismissed as moot."), it is hereby ORDERED

that:

1.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2.    The Clerk of Court is directed to CLOSE this case.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] Upon entering petitioner's alien registration number, 077642965, and her
country of birth, People's Republic of China, into the Online Detainee Locator System,
https://locator.ice.gov/odls/homePage.do, her status was returned as follows:

Name: RU YAN ZHANG
Country of Birth: China, Peoples Republic of
Status: Not In Custody

The individual's status is "not in custody," which means the person was released from
ICE custody within the last 60 days for any of the following reasons:

Removed from or voluntarily departed the United States,
Released from custody pending the outcome of their case,
Released into the United States due to the resolution of the immigration case (e.g.,
grant of an immigration benefit that permits the person to remain in the country), or
Transferred into the custody of another law enforcement or custodial agency.